KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960
Fax: (415) 436-7044

Attorneys for Plaintiff

**FILED**
JUN 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN FREDERICK DEMUNCK, <br><br> Defendant. | No. CR 05-00099 VRW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 26, 2005 THROUGH MAY 31, 2005 FROM THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

The parties appeared before this Court for initial appearance on the pending information on April 26, 2005. The defendant was present and represented by Edward M. Swanson, Esq. The United States was represented by United States Attorney Gregg W. Lowder. The matter was put over to May 31, 2005 @ 10:30 a.m. for further status conference or change of plea.

With the agreement of the parties, and with the specific agreement of the defendant, the Court enters this order documenting the defendant's waiver of time limitations and ordering the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 26, 2005 through May 31, 2005. The parties, including the defendant, agree and the Court finds and holds as follows:

1. The defendant joins in the request for continuance, and understands and agrees to the exclusion of time from April 26, 2005 through May 31, 2005 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, based upon the need for defense counsel to continue

Order re Speedy Trial Exclusion of Time
CR 05-00099 VRW

1 | to review discovery, to effectively prepare the defense of this case in this district and in a
2 | closely related case in another district, and to meet with the opposing counsel in this
3 | district and another district to pursue transfer and consolidation for trial of defendant's
4 | cases in both districts.
5 | 2. The attorney for defendant joins in the request for continuance and agrees that the
6 | above-referred exclusion of time for the above reasons is in his client's best interest, and
7 | agrees that time should be waived under Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv).
8 | 3. A related case in the Eastern District of California, indictment #CR-04-386 LKK, has
9 | been in the process of being transferred to this District for purposes of being joined with
10 | this case to facilitate the defendant desire to plead guilty in one Court to both cases, and
11 | delay resulting from that transfer continues and will continue through May 31, 2005.
12 | 4. Given these circumstances, the Court finds that the ends of justice served by excluding
13 | the period from April 26, 2005 through May 31, 2005, outweigh the best interest of the
14 | public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161,
15 | and that good cause exists to continue the matter to May 31, 2005.
16 | 5. Accordingly, and with the consent of the defendant in open court, the Court (1) sets an
17 | appearance date before this Court on May 31, 2005 at 10:30 a.m. for status
18 | conference/change of plea and orders defendant present, and (2) orders that the time
19 | between April 26, 2005 through May 31, 2005 be excluded from time calculations under
20 | the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(g) and (h)(8)(A) & (B)(iv).

SO STIPULATED:

DATED: 5/31/05

_____
EDWARD M. SWANSON
Attorney for Defendant

DATED: 4/21/05

_____
GREG W. LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

_____
VAUGHN R. WALKER
United States District Judge

Order re Speedy Trial Exclusion of Time
CR 05-00099 VRW                                    2