Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN DEMUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DEMUNCK,<br><br>　　　　　　Defendant. | Case No. CR 05-00099 VRW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE SENTENCING |

**STIPULATION**

　　John DeMunck is scheduled to come before this Court on Tuesday, October 11, 2005 for sentencing. Because of Mr. DeMunck's continued assistance to the government in this case, the parties agree that a continuance of the sentencing date is necessary. Counsel for Mr. DeMunck has spoken with United States Probation Officer Lynn Richards and with the Court Clerk, and counsel understands that December 13, 2005 is convenient for all parties. Therefore, the parties HEREBY STIPULATE that the

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1 | sentencing hearing previously scheduled in this matter for Tuesday, October 11, 2005 may be continued
2 | until Tuesday, December 13, 2005 at 10:30 a.m.

4 |   IT IS SO STIPULATED.

6 | Date: October 11, 2005           /s/
                        EDWARD W. SWANSON
                        Swanson & McNamara LLP
                        Attorneys for JOHN DEMUNCK

11 | Date: October 11, 2005           /s/
                        GREGG W. LOWDER
                        Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: Oct 12, 2005

_____
HONORABLE VAUGHN R. WALKER
United States District Court Judge