Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN DEMUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DEMUNCK,<br><br>　　　　　Defendant. | Case No. CR 05-00099 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING |

**STIPULATION**

John DeMunck is scheduled to come before this Court on Tuesday, December 13, 2005 for sentencing. Because of Mr. DeMunck's continued assistance to the government in this case, the parties agree that a continuance of the sentencing date is necessary. Counsel for Mr. DeMunck has spoken with United States Probation Officer Lynn Richards and with the Court Clerk, and counsel understands that February 14, 2006 is convenient for all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties HEREBY STIPULATE that the sentencing hearing previously scheduled in this matter for Tuesday, December 13, 2005 may be continued until February 14, 2006.

IT IS SO STIPULATED.

Date: December 9, 2005

/s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for JOHN DEMUNCK

Date: December 9, 2005

/s/
GREGG W. LOWDER
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: December 15, 2005

Judge Vaughn R Walker
HON. VAUGHN R WALKER
United States District Court Judge

2