1  Edward W. Swanson SBN 159859
   Alexis Haller SBN 201210
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for JOHN de MUNCK

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,              *CR 05-0099 VRW(B2)*
                                           Case No. CR-04-30302-MAG
10           Plaintiff,
                                           STIPULATION AND [PROPOSED]
11                                         ORDER RECONVEYING PROPERTY
        vs.
12
   JOHN DEMUNCK,
13
             Defendant.
14

15
        Defendant John de Munck, by and through his counsel, Edward W. Swanson, on the one hand,
16
   and the United States, by and through its attorney, Gregg Lowder, Assistant United States Attorney, on
17
   the other hand, hereby stipulate and agree as follows:
18
        1.     On August 25, 2004, Mr. de Munck posted two properties to secure the $500,000 bond
19
   for his release in the above captioned matter: (a) 22610 Kathryn Avenue, Torrance, California, owned by
20
   John O. Roitsch and Therese A. Roitsch; and (b) 917 Quarry Street, Petaluma, California, owned by J.
21
   Kevin Durkin and Suzanne Durkin.
22
        2.     J. Kevin Durkin and Suzanne Durkin, Mr. de Munck's son-in-law and daughter, need to
23
   sell their property located at 917 Quarry Street, Petaluma, California, and therefore request that the
24
   property be reconveyed to them.
25
        3.     Counsel for Mr. de Munck has spoken with Mr. and Mrs. Roitsch and confirmed with
26
   them that they are willing to have their property serve as the sole security for Mr. de Munck's release.
27
   \\\
28

1  In light of the foregoing, the parties HEREBY STIPULATE to an Order directing the Clerk of the Court for the Northern District of California to reconvey the Deed of Trust for the property located at 917 Quarry Street, Petaluma, California, to J. Kevin Durkin and Suzanne Durkin. All other conditions of release shall remain unchanged, and the entire release bond for Mr. de Munck shall be secured by the Roitsches' previously posted property.

IT IS SO STIPULATED.

Dated: January 5, 2006

Edward W. Swanson
Swanson & McNamara LLP
Attorneys for JOHN de MUNCK

Dated: January 13, 2006

Gregg Lowder
Assistant United States Attorney

## ORDER

Based upon the Stipulation of the parties, it is HEREBY ORDERED that the Clerk of the Court for the Northern District of California shall reconvey the Deed of Trust for the property located at 917 Quarry Street, Petaluma, California, to J. Kevin Durkin and Suzanne Durkin. All other conditions of release shall remain unchanged, and the entire release bond for Mr. de Munck shall be secured by the Roitsches' previously posted property..

IT IS SO ORDERED. 17/Jan 06

BERNARD ZIMMERMAN
United States Magistrate Judge