1 | Edward W. Swanson SBN 159859
2 | SWANSON & McNAMARA LLP
  | 300 Montgomery Street, Suite 1100
3 | San Francisco, California 94104
  | Telephone: (415) 477-3800
4 | Facsimile: (415) 477-9010

Attorneys for JOHN DEMUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 05-00099 VRW |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| vs. | |
| JOHN DEMUNCK, | |
| Defendant. | |

**STIPULATION**

John DeMunck is scheduled to come before this Court on Tuesday, February 14, 2006 for sentencing. Because of Mr. DeMunck's continued assistance to the government in this case, the parties agree that a continuance of the sentencing date is necessary. Counsel for Mr. DeMunck has spoken with United States Probation Officer Lynn Richards and with Assistant United States Attorney Gregg Lowder, and counsel understands that Tuesday, April 4, 2006 is convenient for all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Therefore, the parties HEREBY STIPULATE that the sentencing hearing previously scheduled
2  in this matter for Tuesday, February 14, 2006 may be continued until April 4, 2006.

4  IT IS SO STIPULATED.

6  Date:  February 2, 2006

        /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for JOHN DEMUNCK

11  Date:  February 2, 2006

        /s/
GREGG W. LOWDER
Assistant United States Attorney

14  **ORDER**

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  Date:  February 7, 2006

HON. VAUGHN R. WALKER
United States District Court Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

2