Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN DE MUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHN DE MUNCK,<br><br>    Defendant. | Case No. CR 05-0099 VRW (BZ)<br><br>STIPULATION AND ORDER RECONVEYING PROPERTY |

  Defendant John de Munck, by and through his counsel, Edward W. Swanson, on the one hand, and the United States, by and through its attorney, Gregg Lowder, Assistant United States Attorney, on the other hand, hereby stipulate and agree as follows:

  1. On August 25, 2004, Mr. de Munck posted two properties to secure the $500,000 bond for his release in the above captioned matter: (a) 22610 Kathryn Avenue, Torrance, California, owned by John O. Roitsch and Therese A. Roitsch; and (b) 917 Quarry Street, Petaluma, California, owned by J. Kevin Durkin and Suzanne Durkin.

  2. On January 17, 2006 the property at 917 Quarry Street, Petaluma, California, was reconveyed to Kevin Durkin and Suzanne Durkin.

  3. On April 11, 2006, defendant John de Munck was sentenced to two years in custody and three years supervised release.  He was also ordered to pay a Special Assessment fee of $300.00 and a fine of $10,000.  Mr. de Munck paid the Special Assessment fee and the fine on May 24, 2006.  Mr. de Munck began serving his custodial sentence on June 2, 2006 at the Federal Correctional Institute in Lompoc, California.

As the case is now closed, the parties HEREBY STIPULATE to an Order directing the Clerk of the Court for the Northern District of California to reconvey the Deed of Trust for the property located at 22610 Kathryn Avenue, Torrance, California, to John O. Roitsch and Therese A. Roitsch.

IT IS SO STIPULATED.

Dated:   June 28, 2006

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Attorneys for JOHN DE MUNCK

Dated:   June 28, 2006

/s/
Gregg Lowder
Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is HEREBY ORDERED that the Clerk of the Court for the Northern District of California shall reconvey the Deed of Trust for the property located at 22610 Kathryn Avenue, Torrance, California, to John O. Roitsch and Therese A. Roitsch.

IT IS SO ORDERED.

June 30, 2006

BERNARD ZIMMERMAN
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28