Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN DE MUNCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JOHN DE MUNCK,<br><br>               Defendant. | Case No. CR 05-0099 VRW (BZ)<br><br>STIPULATION AND [PROPOSED]<br>ORDER VACATING THE ORDER<br>PROHIBITING SALE OR<br>ENCUMBRANCE OF PROPERTY AND<br>RECONVEYING PROPERTY |

      Defendant John de Munck, by and through his counsel, Edward W. Swanson, on the one hand, and the United States, by and through its attorney, Gregg Lowder, Assistant United States Attorney, on the other hand, hereby stipulate and agree as follows:

      On April 11, 2006, defendant John de Munck was sentenced to two years in custody and three years supervised release. He was also ordered to pay a Special Assessment fee of $300.00 and a fine of $10,000, which he paid on May 24, 2006. On June 2, 2006, Mr. de Munck began serving his custodial sentence at the Federal Correctional Institute in Lompoc, California.

      As the case is now closed, the parties HEREBY STIPULATE to an Order directing the Clerk of the Court for the Northern District of California to vacate the August 25, 2004 Order Prohibiting Sale or Encumbrance of Property located at 19 Estates Court, San Rafael, CA 94901. The parties further stipulate to an Order reconveying the Deed of Trust for the aforementioned property.

\ \ \

\ \ \

\ \ \

1  IT IS SO STIPULATED.

2

3  Dated:   June 28, 2006                                    /s/
                                                    Edward W. Swanson
4                                                   Swanson, McNamara & Haller LLP
                                                    Attorneys for JOHN DE MUNCK
5

6

7
   Dated:   June 28, 2006                                    /s/
8                                                   Gregg Lowder
                                                    Assistant United States Attorney
9

10

11                              **ORDER**

12      Based upon the stipulation of the parties, it is HEREBY ORDERED that the Clerk of the Court

13 for the Northern District of California shall vacate the August 25, 2004. Order Prohibiting Sale or

14 Encumbrance of Property located at 19 Estates Court, San Rafael, CA 94901 and shall reconvey the

   Deed of Trust for the aforementioned property.
15

16
         IT IS SO ORDERED.
17

18       June 30, 2006

19                                                  _____
                                                    BE
20                                                  United                  Judge Bernard Zimmerman

*IT IS SO ORDERED* — Judge Bernard Zimmerman (signed)