1  Edward W. Swanson, SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JOHN DE MUNCK
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 05-0099 VRW (BZ) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RETURNING JOHN DE MUNCK'S PASSPORT |
| vs. | |
| JOHN DE MUNCK, | |
| Defendant. | |

Based upon the application filed by JOHN DE MUNCK, the Court HEREBY ORDERS that Mr. De Munck's United States Passport be returned to counsel for Mr. De Munck.

IT IS SO ORDERED.

Dated: July 21, 2006

_____
The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE