1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys
5
450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
Telephone: (415) 436-7241
7   Facsimile: (415) 436-7234
owen.martikan@usdoj.gov
8
Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
UNITED STATES OF AMERICA,          )   CR 05-0272 VRW
14                                 )
                                   )
15              Plaintiff,         )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING STATUS
16         v.                      )   CONFERENCE RE: SUPERVISED
                                   )   RELEASE VIOLATION
17   JOHN DEMUNCK,                 )
                                   )
18                                 )
                Defendant.         )
19   _____)

20

21         This case is before the Court on the Probation Department's Form 12 alleging that

22   defendant John Demunck committed various supervised release violations.  The parties and

23   Probation are currently negotiating a possible resolution of this matter that may also resolve the

24   question of whether additional supervised release violation charges are brought, and how to

25   address the possibility of additional criminal charges being brought for certain conduct that was

26   also charged as a supervised release violation.  These negotiations will require further meetings

27   involving the government, the defense, and Probation.  The parties ask the Court to continue the

28   status conference currently set for tomorrow, March 25, 2010, until ~~April 15, 2010, at 2:30~~ pm so

                                                        May 6, 2010 at 2:00 pm

STIP. & [PROPOSED] ORDER RE: CONTINUANCE
CASE NO. CR 05-0272 VRW                    1

1  that the parties can pursue these negotiations before returning to the Court.  The parties have

2  contacted Probation Office Sharon Alberts about this continuance, and she has no objection to a

3  continuance until ~~April 15~~   May 6, 2010.

4

5  SO STIPULATED:

6                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
7
                                                            /s/
8  DATED: March 24, 2010          _____

9                                                  OWEN P. MARTIKAN
                                                   Assistant United States Attorney
10

11                                                         /s/
   DATED: March 24, 2010          _____
12                                                 ED SWANSON
                                                   Attorney for John Demunck
13

14                          ~~[PROPOSED]~~ ORDER

15          Per the parties' stipulation and for good cause shown, the Court finds that the status

16  conference regarding the alleged supervised release violations in this case should be continued

17  from March 25, 2010, until ~~April 15, 2010, at 2:30~~ pm, so that the parties may pursue

    **May 6, 2010 at 2:00 p.m.**

18  negotiations regarding the resolution of this matter.

19          SO ORDERED.

20

21

22  DATED:  ___3/24/2010___          _____

23                                                 ~~WALKER~~
                                                   ~~District~~ Judge

24

25

26

27

28